UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOSEPH R. PUGIA**
        **Plaintiff**

      V.

**UNITED STATES of AMERICA**
        **Defendant**

CIVIL ACTION

NO.  04-11494-MLW

## ORDER OF DISMISSAL

**WOLF, D.J.**

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on   NOVEMBER 17, 2004  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                By the Court,

December 16, 2004                /s/ Dennis O'Leary
    Date                                  Deputy Clerk

(4mdism.ord  - 09/96)                                               [odism.]